```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF FLORIDA
                    PANAMA CITY DIVISION
```

IN RE:                                  CASE NO. 05-50060-PCY5
                                        CHAPTER 13
CHARLOTTE T. JACKSON


           Debtor(s)         /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
           <u>OF UNCLAIMED FUNDS</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: PEOPLES FIRST COMMUNITY BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379816 in the amount of 17.41 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

CHARLOTTE T. JACKSON
6492 BIRCHWOOD ROAD
GRAND RIDGE, FL 32442

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

PEOPLES FIRST COMMUNITY BANK
P.O. BOX 59950
ATT: DIANE STEWART
PANAMA CITY, FL 32412-0950

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

10/30/2009 11:57 am / CR_213